

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00856-CV

**IN RE** Ropal **ANDERSON**,
Gerald Busch and Hortencia Morales

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  February 4, 2015

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relators filed this petition for writ of mandamus on December 10, 2014, complaining of the trial court's November order authorizing pre-suit depositions. *See* TEX. R. CIV. P. 202. On December 11, 2014, this court granted a temporary stay of the scheduled depositions and requested a response to the petition. The real party in interest filed a motion to dismiss the mandamus proceeding as moot on January 7, 2015, based on the trial court's subsequent order vacating the order at issue in this proceeding. The respondent trial judge filed a similar motion to dismiss the proceeding as moot on January 14, providing a copy of his order which vacated the challenged order in its entirety.

---

[1] This proceeding arises out of Cause No. 2014CI15046, styled *In re Matthew Hileman*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.

We agree that the trial court's subsequent order has rendered this mandamus proceeding moot. Accordingly, the motions to dismiss are granted and the petition for writ of mandamus is dismissed as moot.

PER CURIAM